## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE

DAVID ORLANDO VELEZ GARCIA

DEBTOR

CASE NO. 19-00905 MCF

CHAPTER 13

### *APPLICATION FOR LEAVE TO RETAIN REAL ESTATE AGENT*

TO THE HONORABLE COURT:

**COMES NOW, DAVID ORLANDO VELEZ GARCIA,** the Debtor in the above captioned case, through the undersigned attorney, and respectfully states and prays as follows:

1. The Debtor seeks to employ, Edgar J. Diaz of *Diaz Realty*, Urb Veredas 390 Gurabo PR 00778-9688, to procure the sales of a real property pertaining to the bankruptcy estate located at: Rio Cañas Ward La Barra Community Road 1 Lot 12-A Km 30 Caguas Puerto Rico 00725.

2. Edgar J. Diaz will be responsible of all selling and marketing efforts and will conduct the sales of the aforementioned property in accordance to the notice of sale to be filed with the Court.

3. To the best of the Debtor's knowledge, the professional whose employment is sought has no connection with the Trustee, the Debtor, the creditors, any parties in interest, their respective attorneys or accountants, the Office of the US Trustee or any person employed by said Office.

4. The Debtor further believes that in the discharge of Mr. Edgar J. Diaz's duties, the firm and its representative(s) will not hold any interest adverse to the herein Estate and will be a disinterested person as defined by 11 U.S.C. §§101 (14), 327.

Page -2 –
**Application to Employ Professional**
**Case no. 19-00905 MCF13**

5. The proposed real estate agent will be paid for its services as follows: In the event of a sale procured by Edgar J. Diaz/Diaz Realty, in compliance with the terms, conditions, and minimum price detailed in the notice of sale, Edgar J. Diaz/Diaz Realty will receive a commission at the rate of 3% of the gross sales price. These commissions are to be paid by the Estate, after notice and allowance by the Court.

**WHEREFORE,** the Debtor respectfully requests an Order authorizing the Debtor to retain the services of Edgar J. Diaz of Diaz Realty, to act as Real Estate Agent for the Debtor in the sale of a real property located at: Rio Cañas Ward La Barra Community Road 1 Lot 12-A Km 30 Caguas Puerto Rico 00725, and for any further relief this Court deems just and proper under the circumstances.

### NOTICE

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I HEREBY CERTIFY** that a copy of this motion was filed with the Court using the CM/ECF filing system which will send copy of the same to all CM/ECF participants including to: Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee and to the U.S. Trustee's

Page -3 –
**Application to Employ Professional**
**Case no. 17-06462 BKT13**

Office, Monsita Lecaroz Arribas, Esq., Assistant US Trustee; I also certify that a copy of this motion was sent to the Debtor David Orlando Velez Garcia, Hacienda Borinquen 1031 Higuero Street Caguas PR 00725, and to all creditors and all parties in interest (non-participants of CM/ECF system) as per mailing matrix attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico this 8th day of June, 2020.


**/s/David Orlando Velez Garcia**          **/s/Roberto Figueroa Carrasquillo**
DAVID ORLANDO VELEZ GARCIA          USDC-PR #203614
                                                    RFIGUEROA CARRASQUILLO LAW OFFICE PSC
                                                    ATTORNEY FOR THE DEBTOR
                                                    PO BOX 186 CAGUAS PR 00726
                                                    TEL NO 787-744-7699; 787-963-7699
                                                    FAX NO 787-746-5294
                                                    EMAIL: rfc@rfigueroalaw.com

IN THE UNITED STATES BANKRUPTCY COURT    EXHIBIT #1
FOR THE DISTRICT OF PUERTO RICO

IN RE

DAVID ORLANDO VELEZ GARCIA

DEBTOR

CASE NO. 19-00905 MCF

CHAPTER 13

## STATEMENT UNDER PENALTY OF PERJURY
## PURSUANT TO LBR-DPR 2014-1

I, **Edgar J. Diaz** of ***Diaz Realty***, declare under penalty of perjury as follows:

1. That I am a Real Estate Agent, License No. 4809, duly licensed by the Commonwealth of Puerto Rico.

2. That I am the Real Estate Agent for the Debtor in the sale of a real property located at Rio Cañas Ward La Barra Community Road 1 Lot 12-A, which property is property of the Estate, in the above captioned case.

3. That I am the Real Estate Agent the Debtor is seeking to employ by the application to which this Declaration is attached as Exhibit #1.

4. That I have more than 20-years of experience in the sales and leasing of residential and commercial real properties, that I am qualified to serve as Real Estate Agent to the herein Debtor and I am willing to accept employment on the basis set forth in the annexed application.

5. That my office is located at: Urb Veredas 390 Gurabo PR 00778-9688.

6. That to the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(14), nor am I, to the best of my knowledge, related or otherwise connected with debtor, the United States Trustee, debtor, the United States Trustee, debtor's counsel or any person employed by the Office of the United States Trustee other party in interest.

Page -2-
**Application for Employment**
**Declaration by Real Estate Agent**
**Case No. 19-00905 MCF13**

7. That there is no agreement to share any compensation or reimbursement to be received by any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

8. That the terms of compensation agreed to are as follows: a 3% commission of the gross sales price. I have not received a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct, as provided in 28 USC Section 1746, to the best of my knowledge.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 8th day of June, 2020.

*/s/ Edgar J. Diaz*
**EDGAR J. DIAZ SOLA**
**REAL ESTATE AGENT/DIAZ REALTY**
**URB VEREDAS 390**
**GURABO PR 00778-9688**
**TEL. 787-486-4033**

# DIAZ REALTY LIC.4809
## EDGAR J. DIAZ SOLA

URB.VEREDAS # 390 CAMINO LAS TRINITARIAS
GURABO P.R. OO778-9688

CEL. 787-486-4033
edgarjdiaz@aol.com

## EXPERIENCIA

DIAZ REALTY — ENERO 2007 AL PRESENTE

VENTAS O ALQUILERES : RESIDENCIALES ,COMERCIALES ,INDUSTRIALES ,TERRENOS .

RUDY HERNANDEZ REAL ESTATE — JUNIO 2002

VENTAS O ALQUILERES : RESIDENCIALES ,COMERCIALES ,INDUSTRIALES ,TERRENOS

PROYECTO: BOSQUE VERDE, CAGUAS 18 RESIDENCIAS.

ADVANCE REALTY — ENERO 1999

VENTAS O ALQUILERES :RESIDENCIALES 47,COMERCIALES 2,INDUSTRIALES 7,TERRENOS 6.

VILLA MARINA REALTY — ENERO 1990

EL EXAMEN DE CORREDOR DE BIENES RAICES FUE TOMADO EN 27 DE DICIEMBRE DE 1989.

LA LICENCIA DE BIENES RAICES FUE RECIBIDA EN ENERO DEL 1990.

BRAZIL IMPORTS — 1991

ADMINISTRADOR Y REPRESENTANTE EXCLUSIVO DE LINEAS DE ROPA DE PLAYA PARA PUERTO RICO Y ISLAS VIRGENES.

OSMAR &ASSOCIATES — 1989 AL 1991

EJECUTIVO DE CUENTAS.VENTAS A NEGOCIOS COMERCIALES DE PROMOCION,DISENOS GRAFICOS E IMPRESOS.

## EDUCACION Y ENTRENAMIENTOS

UNIVERSIDAD DE PUERTO RICO — HUMACAO,PR. 1995

BACHILLERATO EN ADMINISTRACION DE EMPRESAS

QUALITY SALES REPRESENTATIVE — SAN JUAN PR.1998

CERTIFICACION DE REPRESENTANTE MEDICO

Label Matrix for local noticing
0104-3
Case 19-00905-MCF13
District of Puerto Rico
Old San Juan
Mon Jun  8 18:25:10 AST 2020

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Popular PR
PO Box 71375
San Juan, PR  00936-8475

Banco Popular de Puerto Rico
PO Box 15011
San Juan, PR  00902-8511

Banco Popular de Puerto Rico
PO Box 362708
San Juan, PR  00936-2708

Capital One Costco
Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285

Maria Teresa Velez Vega
P.O. Box 7739
Caguas, PR 00726-7739

Maria Teresa Velez-Vega
C/O Lcda Maria I Torres Alvarado
PO Box 7739
Caguas, PR  00726-7739

Nationwide Debt Reduction Serv
6200 Tennyson Pkwy Ste 180-A
Plano, TX 75024-6144

POPULAR AUTO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

DAVID ORLANDO VELEZ GARCIA
HACIENDA BORINQUEN 1031 HIGUERO ST
CAGUAS, PR 00725-7557

MARIA TERESA VELEZ VEGA
URB. CONDADO MODERNO
C 21 CALLE 3
CAGUAS, PR 00725-2423

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

End of Label Matrix
Mailable recipients     16
Bypassed recipients      0
Total                   16