**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**DAVID ORLANDO VELEZ GARCIA**<br>**xxx–xx–4726**<br><br>Debtor(s) | Case No. **19–00905 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 6/29/20 |

*ORDER*

The court having considered the application of the DEBTOR to employ EDGAR J. DIAZ of DIAZ REALTY and declaration in support thereof, and it appearing that EDGAR J. DIAZ of DIAZ REALTY is a disinterested person and that the employment of said Real Estate Agent is in the best interest of this estate, it is hereby

ORDERED that the DEBTOR herein is authorized to employ EDGAR J. DIAZ of DIAZ REALTY as Real Estate Agent, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and notice thereof.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, June 29, 2020 .

Mildred Caban Flores
United States Bankruptcy Judge