IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID ORLANDO VELEZ GARCIA

DEBTOR

CASE NO 19-00905 MCF

CHAPTER 13

**DEBTOR'S MOTION REQUESTING AUTHORIZATION
TO SELL REAL PROPERTY**

TO THE HONORABLE COURT:

NOW COME, **DAVID ORLANDO VELEZ GARCIA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On February 21, 2019, the Debtor filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 et. seq. On July 22, 2019, the Debtor's proposed *Amended Chapter 13 Plan* Docket No. 20 was confirmed by this Honorable Court, Docket No. 24. On December 12, 2019, the Debtor's motion requesting confirmed Plan modification (Docket No. 33) was approved by the Court, Docket No. 37.

2. Pursuant to Debtor's Schedule A/B, Docket No. 01, the Debtor has a 50% property interest in a commercial real property, described in the Spanish language, as follows:

> "RUSTICA: Parcela marcada con el número 12A en el plano de parcelación de la comunidad rural La Barra Rio Cañas del término municipal de Caguas, con una cabida superficial de 0.25110 cuerdas, equivalente a 987.01 metros cuadrados. En lindes por el Norte: en una distancia de 50.03 metros con la parcela número 13 de la comunidad; por el Sur: en una distancia de 48.50 metros, conb la parcela número 12-B de la comunidad; por el Este: en una distancia de 20.20 metros con las parcelas 6-B y 7 de la comunidad; y por el Oeste: en una distancia de 19.85 metros con la Carretera Estatal número 1. Enclava una casa de concreto y bloques de concreto dedicada a vivienda.-------------------------------------------------------------------------
> ---Inscrita al Folio 38 del Tomo 10,017 de Caguas, Puerto Rico, Sección Primera, Finca Número: 34,848, Inscripción Sexta."

Page – 2-
Motion Requesting Authorization To Sell
Case no. 19-00905 MCF13

3. That the other 50% property interest in the above described real property (hereinafter "the Property") is owned by the Debtor's brother, Orlando David Velez Garcia, of legal age, resident of Florida, USA, who has consented to the sales of the Property.

4. The Property has an appraised value of $310,000, pursuant to an appraisal dated August 17, 2020, issued by Omar R. Medina, Certified General Appraiser, license number GC 288, EPA 1199. See attached copy of appraisal report, Exhibit "1".

5. The above described real property is free and clear of liens. See copy of Title Study Report, dated 08/25/2020 and issued by Luz Castro Colon, see attached copy, Exhibit "2".

6. The Debtor wishes to sell the above described real property and he has entered into a *Sales Option Agreement* with potential buyers Jesus Manuel Caraballo Perez and Maria L. Castro Tirado for the stipulated price of $305,000.00. See attached copy of *Sales Option Agreement*, dated 06/08/2020, Exhibit "3".

7. That on June 29, 2020, the Court granted the Debtor's request to employ Edgar J. Diaz of Diaz Realty to act as Real Estate Agent in the sales of the above described property. See: *ORDER Approving Employment of Professional*, Docket No. 40, in the above captioned case.

8. The Debtor hereby respectfully requests authorization from the Court to sell the above described real property for the sum of $305,000.00.

9. That the Debtor would receive as net proceeds the sum of @$144,051.54. That pursuant to Debtor's proposed post-confirmation modified Plan dated August 27, 2020, the Debtor is proposing to pay the Chapter 13 Trustee a "lump sum" of $62,565.00 on or before

Page – 3-
Motion Requesting Authorization To Sell
Case no. 19-00905 MCF13

month 20th of the Plan (October/2020), in order to pay all general unsecured creditors (duly filed claims) in full (100%) plus a 4.25% interest per annum.

10. That the Debtor is supplementing the present motion with the following attached documents:

    a. Copy of appraisal report, Exhibit "1";

    b. Copy of Title Study Report, dated 08/25/2020 and issued by Luz Castro Colon, Exhibit "2";

    c. *Sales Option Agreement*, dated 06/08/2020, Exhibit "3";

    d. Copy of CRIM Certification, Exhibit "4".

11. Based on the aforementioned, the Debtor respectfully requests this motion be granted and the Court to enter an Order allowing the Debtor to proceed with the sales of the herein described real property through the aforestated private sale.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant the present motion and order the real property private sales authorization herein requested.

## NOTICE

    Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page – 4-
Motion Requesting Authorization To Sell
Case no. 19-00905 MCF13

**CERTIFICATE OF SERVICE:** I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of August, 2020.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
FAX 787-746-5294
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing      POPULAR AUTO                         US Bankruptcy Court District of P.R.
0104-3                               PO BOX 366818                        Jose V Toledo Fed Bldg & US Courthouse
Case 19-00905-MCF13                  SAN JUAN, PR 00936-6818              300 Recinto Sur Street, Room 109
District of Puerto Rico                                                   San Juan, PR 00901-1964
Old San Juan
Thu Aug 27 14:33:51 AST 2020
BANCO POPULAR DE PUERTO RICO         Banco Popular PR                     Banco Popular de Puerto Rico
BANKRUPTCY DEPARTMENT                PO Box 71375                         PO Box 15011
PO BOX 366818                        San Juan, PR 00936-8475              San Juan, PR 00902-8511
SAN JUAN PR 00936-6818


Banco Popular de Puerto Rico         Capital One Costco                   Maria Teresa Velez Vega
PO Box 362708                        Bankruptcy                           P.O. Box 7739
San Juan, PR 00936-2708              PO Box 30285                         Caguas, PR 00726-7739
                                     Salt Lake City, UT 84130-0285


Maria Teresa Velez-Vega              Nationwide Debt Reduction Serv       POPULAR AUTO
C/O Lcda Maria I Torres Alvarado     6200 Tennyson Pkwy Ste 180-A         BANKRUPTCY DEPARTMENT
PO Box 7739                          Plano, TX 75024-6144                 PO BOX 366818
Caguas, PR 00726-7739                                                     SAN JUAN PUERTO RICO 00936-6818


ALEJANDRO OLIVERAS RIVERA            DAVID ORLANDO VELEZ GARCIA           MARIA TERESA VELEZ VEGA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS   HACIENDA BORINQUEN 1031 HIGUERO ST   URB. CONDADO MODERNO
PO BOX 9024062                       CAGUAS, PR 00725-7557                C 21 CALLE 3
SAN JUAN, PR 00902-4062                                                   CAGUAS, PR 00725-2423


MONSITA LECAROZ ARRIBAS              ROBERTO FIGUEROA CARRASQUILLO        End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)       PO BOX 186                           Mailable recipients    16
OCHOA BUILDING                       CAGUAS, PR 00726-0186                Bypassed recipients     0
500 TANCA STREET SUITE 301                                                Total                  16
SAN JUAN, PR 00901
```

Exhibit "1"

# OMAR ᴺ MEDINA
COMMERCIAL AND RESIDENTIAL APPRAISER
APPRAISER REVIEWER, LIC 1199/PR GC288 P: 787 226-4453/ E: ADVANTAGEPR1@LIVE.COM
A1A VILLA DE LAS AMERICAS DEVELOPMENT, SAN JUAN, PR, 00927.

## APPRAISAL REPORT




**"Jesus M. Caraballo Perez"**
Multi-tenant Commercial Facility
Located at Lot 12-A, PR-1, Km 30, La Barra Community,
Rio Cañas Ward, Caguas, Puerto Rico.

## PREPARED:

| | | |
|---|---|---|
| For | : | **Banco Popular de Puerto Rico.** |
| By | : | Omar R. Medina<br>Certified General Appraiser<br>GC288, EPA 1199 |
| Request No. | : | 80475 |
| Effective Date | : | August 6, 2020 |
| Date of Appraisal Report | : | August 17, 2020 (Rev. 8.20.2020) |

Case Number: 80475 - Borrower: Jesus M. Caraballo Perez - Client: Banco Popular de Puerto Rico.
Location: Lot 12-A, PR-1, Km 30, La Barra Community, Rio Cañas Ward, Caguas, Puerto Rico.

Case Number: 80475 - Borrower: Jesus M. Caraballo Perez - Client: Banco Popular de Puerto Rico.
Location: Lot 12-A, PR-1, Km 30, La Barra Community, Rio Cañas Ward, Caguas, Puerto Rico.

P a g e | 2

August 17, 2020 (Rev. 8.20.2020)

Re: Appraisal Report
**"Jesus M. Caraballo Perez"**
Multi-Unit (3) Commercial Facility
Lot 12-A, PR-1, Km 30, La Barra Community,
Rio Cañas Ward, Caguas, Puerto Rico.

Luz Z. Cruz Hernández
Appraisal Ordering and Review
Operations Division
luz.cruzhernandez@popular.com
(787) 765-9800, ext. 506907

Upon your request, Omar R. Medina has appraised the "As Is" market value of the fee simple rights of the real estate at the reference. The purpose of the appraisal was to report our professional opinion of the appraised values as of the appraisal effective dates. The intended use of this appraisal report is to assist our client *Banco Popular de Puerto Rico* with an opinion of market value of subject property.

The appraised property comprises a Multi-Unit (3) Commercial Facility, improved with two (2) story concrete building with a combined area of 8,570 SF of GBA. It 1st Floor (Bellow Street) refers to a single commercial unit (Unit 1) with 2,570 SF of GBA. Its 2nd Floor (Street Level) is occupied by a Commercial and retail unit (Unit II), with 1,318 SF

| Subject Building Areas ||||
|---|---|---|---|---|
| Unit # | Floor# | Area (SF) | Description | Occupancy |
| Unit 1 | 1st (Bellow St.) | 2,520 | Comm-Service | Tenat-C3 Garage |
| Unit 2 | 2nd (St. Level) | 1,318 | Comm-Retail | Tenant-JC Armory |
| Unit 3 | 2nd (St. Level) | 4,732 | Comm-Warehouse | Vacant |
| **GBA** | | **8,570** | | |
| **Additional Improvements** | | | | |
| Unit I (Access Ramp) | | 450 | - | - |
| Unit II (Shelter) | | 78 | | |
| **Total Gross Construct** | | **9,020** | | |

of GBA, located at its front section and a 2nd commercial warehouse (Unit III) with complementary offices and 4,732 SF of total GBA located at its rear, commercial Units 1 and 2 were found in overall average condition, however commercial warehouse (Unit III), was found in fair condition due to its required repairs which were estimated on $7,000. Commercial (Units I and II) were found tenant occupied at the inspection date, however commercial warehouse (Unit III) was found vacant, additional improvements includes a galvanized steel Shelter with 78 SF, Concrete Access Ramp, for Unit I with 450 SF, perimeter fences and on-site parking with a capacity for about eleven (11) vehicles for a parking ratio of 1.28:1,000SF of GBA. The right table summarizes the buildings floor location, occupancy, description and areas

The subject site has a land area of 987.01 square meters (SM) with an irregular shape and level to rolling topography. It lies within an Intermediate Residential zoning district (R-I), and outside

OMAR ≈ MEDINA
COMMERCIAL AND RESIDENTIAL APPRAISER

Case Number: 80475 - Borrower: Jesus M. Caraballo Perez - Client: Banco Popular de Puerto Rico.
Location: Lot 12-A, PR-1, Km 30, La Barra Community, Rio Cañas Ward, Caguas, Puerto Rico.

P a g e | 3

the flood prone area (X-zone) as per FEMA FIRM 72000C0745J for the Commonwealth of Puerto Rico (map revised on 11/18/2009).

After a visual inspection of subject property and all necessary investigation and analyses of the factors affecting value, it is my opinion that the market value of the fee simple interest in the subject property as of August 06, 2020, is:

"As is" Market Value Opinion, Fee Simple Rights,
---$310,000.00---
(THREE HUNDRED TEN THOUSAND DOLLARS)

This report was prepared and is intended for the sole use of the client. However, the client may provide only complete, final copies of the report to third parties who shall review such in connection with decision-making process efforts. The appraiser is not required to explain or testify as to appraisal results other than to respond to the client for routine and customary questions.

This appraisal report has been prepared in compliance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation as well as the Code of Ethics of the Appraisal Institute and conforms to appraisal regulations set forth under Title XI of The Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA). It has been a pleasure to assist you in this assignment. If you have any questions in regards the analysis or the report, don't hesitate to contact me at your convenience.

Respectfully submitted,

*[signature]*

Omar. R. Medina Delgado
Real Estate Appraiser
Certificate No. 288 CG
State License No. 1199 EPA

OMAR ≋ MEDINA
COMMERCIAL AND RESIDENTIAL APPRAISER

Case Number: 80475 - Borrower: Jesus M. Caraballo Perez - Client: Banco Popular de Puerto Rico.
Location: Lot 12-A, PR-1, Km 30, La Barra Community, Rio Cañas Ward, Caguas, Puerto Rico.

Page | 4

## Subject Pictures


**Front View**


**Left View**


**Right View**

## Aerial View



OMAR ≈ MEDINA
COMMERCIAL AND RESIDENTIAL APPRAISER

Case Number: 80475 - Borrower: Jesus M. Caraballo Perez - Client: Banco Popular de Puerto Rico.
Location: Lot 12-A, PR-1, Km 30, La Barra Community, Rio Cañas Ward, Caguas, Puerto Rico.

Page | 5

## Location Maps





OMAR N MEDINA
COMMERCIAL AND RESIDENTIAL APPRAISER

## ESTUDIO DE TITULO

CASO: LCDO. ROBERTO FIGUEROA CARRASQUILLO

NOMBRE: DAVID ORLANDO VELEZ GARCIA

FINCA NÚMERO 34,848 inscrita al folio 38 del tomo 1017 Caguas, Primera Sección del Registro de la Propiedad de Caguas.

DESCRIPCION: RUSTICA: Parcela marcada con el #12-A, en el Plano de Parcelación de la Comunidad Rural "La Barra, en el barrio Rio Cañas del término Municipal de Caguas, Puerto Rico, con una cabida superficial de 0.25110 cuerdas equivalentes a 987.01 metros cuadrados. En lindes por el NORTE: en una distancia de 50.03 metros con la Parcela #13 de la Comunidad; SUR: en una distancia de 48.00 metros con la Parcela #12-B de La Comunidad; ESTE: en una distancia de 20.20 metros con las Parcela 6-B y 7 de la Comunidad y por el OESTE: en una distancia de 19.85 metros con la Carretera Estatal #1. Enclava cas de concreto y bloques dedicada a vivienda.

TRACTO REGISTRAL: Se segrega de la finca #205 inscrita al folio 146 del tomo 220 de Caguas.

DOMINIO; La propiedad consta inscrita a favor de DAVID ORLANDO VELEZ GARCIA y ORLANDO DAVID VELEZ GARCIA, solteros, en cuanto a un 50% para cada uno, quienes adquirieron por compra que le hicieron a Twins Valley, Inc. por precio de $160,000.00, según escritura #88 otorgada en San Juan, Puerto Rico el 20 de julio del 2001 ante el notario Mark C. Jiménez y de la 13va. Y ultima inscripción al folio 1 del tomo 1572 de Caguas, finca #34,848.

CARGAS Y GRAVAMENES: Por su procedencia está afecta a Condiciones Restrictivas.

POR SI NO TIENE HIPOTECAS.

NO SOMOS RESPONSABLES DE EMBARGOS FEDERALES Y ESTATALES QUE ESTA SIENDO PROVISTOS EN EL DEPARTAMENTO DE JUSTICIA SIN PODER CORROBORARLOS, NI POR ERRORES U OMICIONES DEL REGISTRO DE LA PROPIEDAD Y SUS EMPLEADOS EN SU NUEVA MANERA DE TRABAJO, CON EL SISTEMA KARIBE.

REVISADOS: LIBROS DE EMBARGOS ESTATALES, FEDERALES, SENTENCIAS, Ley #12, CRIM, KARIBE Y BITACORA ELECTRONICA. Hoy 25 DE AGOSTO 2020.

LUZ CASTRO COLON.
INVESTIGADORA DE TITULOS

**DIAZ REALTY**
TEL.(787) 486-4033
LIC.# 4809

8 DE JUNIO DE 2020

## CONTRATO DE OPCION DE COMPRAVENTA

---DE LA PRIMERA PARTE: <u>DAVID ORLANDO VELEZ GARCIA & ORLANDO DAVID VELEZ GARCIA</u>

_____ en adelante denominado(s) "la parte vendedora".

---DE LA SEGUNDA PARTE: <u>JESUS MANUEL CARABALLO PEREZ & MARIA L. CASTRO TIRADO</u> en adelante denominando(s) "la parte compradora".

### E X P O N EN

---Las partes tienen convenida la compraventa sobre la propiedad localizada en <u>CARR # 1 KM 30 COMUNIDAD LA BARRA BO RIO CANAS # 12 A CAGUAS PR</u> _____ bajo las siguientes:

### CLAUSULAS Y CONDICIONES

---PRIMERO: El precio de dicha venta será <u>TRECIENTOS CINCO MIL DOLARES ($305,000.00)</u> cual deberá justificarse por tasación, pagaderos de la siguiente manera: LA PARTE COMPRADORA ENTREGARA LA CANTIDAD DE $5,000.00 COMO OPCION DE COMPRA Y EL RESTANTE A LA FIRMA DE LAS ESCRITURAS.------------------------------------------

**De estar la presente transacción sujeta a condición alguna para su cumplimiento, esta deberá ser incluida por escrito y en detalle en el presente contrato. Utilice un Addendum de ser necesario.**------

---SEGUNDO: La referida propiedad incluye los siguientes enseres y/o propiedad mueble: _____ N/A _____.

Dichos enseres serán entregados en condiciones satisfactorias, entendiendo y aceptando la parte compradora que los mismos son usados. **Díaz Realty** no será responsable del buen funcionamiento de los mismos y/o propiedad incluida.------------------------------------------

---TERCERO: Las partes entienden y aceptan que **Díaz Realty** cuya compañía actúa como corredor de bienes raíces en esta transacción, no será responsable por el incumplimiento en que pueda incurrir las partes principales en este contrato.------

---CUARTO: Mientras se verifica la transacción, la(s) suma(s) referida(s) en la opción de este contrato será(n) depositadas en una cuenta de plica (Escrow) que para este propósito mantiene **Díaz Realty**.------

---QUINTO: La parte vendedora garantiza que no hay gravamen o deuda alguna sobre la propiedad objeto de esta compraventa. Si alguna hubiera, dicha parte se compromete a cancelar y liberar la misma de los gravámenes o deudas, excepto aquellas que la parte compradora acuerda en asumir. **La parte vendedora se compromete a no vender, hipotecar, o arrendar la propiedad opcionada.**------

---SEXTO: La parte compradora acepta la propiedad con todos sus derechos, usos y servidumbres, según surge del Registro de la Propiedad.------

1

---SEPTIMO. El __3_ % de comisión del precio total de venta será exigible por **Díaz Realty** a la parte vendedora cuando este contrato haya sido aceptado por todas las partes, pagadero en el acto del cierre de la compraventa.------------------------

---OCTAVO: Los gastos de cierre y honorarios de abogado, para la preparación de las escrituras, así como la inscripción en el Registro de la Propiedad serán pagaderos de la siguiente manera:----------------------

a) Parte Vendedora: Escogera el abogado para la escritura de compraventa y pagará sellos y honorarios de Escritura de Cancelación (si aplica) y honorarios y sellos de la Escritura de Compraventa en el original.-------------

b) Parte compradora: Pagará los sellos y comprobantes de la copia Certificada de la Escritura de Compraventa.----------------------------------

---NOVENO: Las partes acuerdan que una vez celebrada la compraventa, la propiedad será entregada a la parte compradora en ____INMEDIATAMENTE__.

---DECIMO: Las contribuciones de la propiedad serán responsabilidad de la parte vendedora hasta la fecha de la firma de escrituras y de ahí en adelante por cuenta y cargo de la parte compradora.------------------------------------

---UNDECIMO: Las reparaciones de la propiedad, de ser requeridas por la institución bancaria, en caso de financiamiento serán por cuenta y cargo de la parte __PARTE COMPRADORA__.------------------------------------

## OPCION

---UNO: La parte vendedora confiere una opción de compra a la parte compradora por un término de ____60__ días por el precio de opción de TRECIENTOS CINCO MIL DOLARES ($305,000.00) de cuya cantidad la parte compradora entrega como adelanto de dicha suma, la cantidad de _CINCO MIL DOLARES ($5,000.00)_. La parte compradora acuerda depositar el remanente del precio de opción pactado en o antes de la firma de escrituras.------------------------------------

---DOS: Si no se efectuase la compra dentro del término de esta opción, **por causa imputable a la parte compradora**, esta perderá la suma entregada, así como la suma pactada como precio de opción, la que podrá reclamar en su totalidad la parte vendedora y/o **Díaz Realty**, como indemnización por el incumplimiento de la parte compradora al presente contrato.------------------------------------

---TRES: **Las partes acuerdan que de no concluirse la transacción sin mediar culpa del comprador, el corredor de bienes raíces devolverá de inmediato a la parte compradora el depósito que obra en su cuenta de plica ("escrow").**------------------------------------

---CUATRO: **El presente contrato está ( X ), No está ( ) condicionado a la obtención de un préstamo hipotecario por la parte compradora. De estar condicionado a un préstamo hipotecario aplican las siguientes cláusulas:**------------------------------------

A) La parte compradora deberá radicar la solicitud de préstamo dentro del término de 15 (quince) días calendarios a partir del otorgamiento del presente contrato. De no cumplirse con esta condición la parte vendedora podrá resolver el contrato y continuar con la promoción y venta de la propiedad, perdiendo la parte compradora el beneficio del término para ejercitar la opción.------------------------------------

2

B) La parte compradora manifiesta que la información que suministrara en la Solicitud de Préstamo será cierta y fidedigna, tanto en su crédito como sus ingresos, ahorros y cuentas bancarias, y acepta que si el préstamo fuese denegado por información incorrecta u omisión de informar, esto le dará derecho a la parte vendedora y/o **Díaz Realty** a retener el dinero depositado como opción, como penalidad por el incumplimiento de este contrato y quedará sin efecto el término de esta opción.------------------------------------------------

C) Si la parte compradora contribuye a la no obtención del préstamo hipotecario, no cumpliendo con los requisitos exigidos por la entidad financiera, durante el término de esta opción, perderá la suma pactada como opción de compraventa y autoriza a **Díaz Realty** entregar dicha suma a la parte vendedora.-----------------------------------------------

D) Si la parte compradora no pudiese obtener el financiamiento hipotecario para la compra de la propiedad, sin haber contribuido bajo ninguna circunstancia en la no obtención del préstamo, la parte vendedora y/o **Díaz Realty** acuerdan devolverle a la parte compradora la suma depositada como opción de compraventa, descontándose, la cantidad de Cien Dólares ($100.00) para cubrir los gastos generales de **Díaz Realty**.-----------------------------------

---CINCO: En caso de que la parte compradora pierda el dinero depositado y/o pactado como precio de opción, la parte vendedora autoriza a **Díaz Realty** a retener la mitad como penalidad pactada y el balance le será entregado a la parte vendedora.-------------------------------------------

---SEIS: Las partes reconocen que pueden ocurrir demoras inevitables en la tramitación del préstamo y se comprometen a hacer todo lo posible para concluir la transacción.----------------------------------------------------

**ACEPTACION**

---PRIMERO: Este contrato obliga a ambas partes, al comprador y al vendedor, así como sus herederos, sucesores y causahabientes desde el momento del otorgamiento del presente contrato.-----------------------------

---SEGUNDO: Este contrato está sujeto a la aprobación de la parte vendedora no más tarde de ___5___ días.------------------------------------

Una vez aceptado por la parte vendedora, este contrato será obligatorio para ambas partes y ningún contrato verbal entre las partes modificara el mismo de manera alguna.---------------------------------------------------------

---TERCERO: De no ser aceptado este contrato por la parte vendedora, toda suma de dinero entregado por la parte compradora bajo las cláusulas de opción serán devueltas a la parte compradora.------------------------------

---CUARTO: Las partes acuerdan que si alguna de ellas no cumple con todas y cada una de las obligaciones de este contrato y alguna de las partes tiene que recurrir a los tribunales para hacer valer el mismo, la parte perdidosa se compromete a pagar las costas, gastos y una suma razonable por concepto de honorarios de abogado en que tenga que incurrir la otra parte.-

---QUINTO: **La parte compradora reconoce que Díaz Realty está actuando como intermediario en la venta y no es responsable por defectos de construcción, vicios ocultos, funcionamiento de enseres, instalaciones eléctricas, plomerías o cualquier otro defecto y que ha**

3

sido informada sobre el **derecho y conveniencia de utilizar los servicios de un profesional para inspeccionar la propiedad,** además le ha suministrado y explicado el folleto "proteja a su familia del plomo en su casa".------------------------------------------------------------------------

---SEXTO- LAS PARTES HACEN CONSTAR QUE LA PARTE COMPRADORA ADQUIERE LA PROPIEDAD OBJETO DE ESTA TRANSACCION EN EL ESTADO EN QUE LA MISMA SE ENCUENTRA "AS IS CONDITION" AL MOMENTO DEL OTORGAMIENTO DEL PRESENTE CONTRATO EN CONSIDERACION AL PRECIO PACTADO.----------------------------------------------------------------------

---Certifica ademas que **previo a la firma y como parte del presente contrato**, ha sido orientada por DIAZ REALTY-EDGAR DIAZ sobre la necesidad y conveniencia de realizar una inspeccion fisica de la propiedad objeto de este contrato, por un profesional debidamente licenciado poe el Estado Libre Asociado.-----------------------------------------------------------

--NO FIRME ESTE CONTRATO SIN ANTES LEERLO O SI CONTIENE ESPACIOS EN BLANCO.-

---LAS PARTES DECLARAMOS HABER LEIDO Y ENTENDIDO ESTE CONTRATO EN TODO SU CONTENIDO Y ACEPTAMOS FIRMARLO DE CONFORMIDAD.-----

_Jesus M Consalto Rem_
PARTE COMPRADORA:

_Maria Loenda Costo Tirado_
PARTE COMPRADORA:

FECHA: junio 10 2020

_David O. Velez Garcia_
PARTE VENDEDORA:

_Orlando D Velez Garcia_
PARTE VENDEDORA:

FECHA: 06/10/2020

_Edgar J Diaz_
CORREDOR DE BIENES RAICES
LIC. # 4809

4

Estado Libre Asociado de Puerto Rico
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

## ESTADO DE CUENTA
### Account Statement

Núm. de Certificación: WM202006114673 REGULAR

| Número de Propiedad / Property Number: | Nombre del Dueño / This property is under the name of: |
|---|---|
| 199-004-027-31-001 | VELEZ GARCIA DAVID ORLANDO |

| Localización de la Propiedad / Property Located at: | Dirección Postal / Postal Address: |
|---|---|
| PARCELA 12 A<br>LA BARRA<br>CAGUAS | URB HACIENDA BORINQUEN<br>1031 CALLE HIGUERO<br>CAGUAS 00725 |
| Municipio / Municipality:<br>46 CAGUAS | Interés calculado hasta / Interest calculated through:<br>Jun 25, 2020 |

| Año Fiscal<br>Fiscal Year | Fecha Notif<br>Bill Date | Principal | Descuento<br>Discount | Interés<br>Interest | Recargos<br>Surcharge | Penalidad<br>Penalty | Deuda<br>Amount Due |
|---|---|---|---|---|---|---|---|
| 2021-I@ | 01/01/2021 | $1,606.73 | $(160.68) | $0.00 | $0.00 | $0.00 | $1,446.05 |
| 2021-I@ | 07/01/2020 | $1,606.73 | $(160.68) | $0.00 | $0.00 | $0.00 | $1,446.05 |
| 2020-I | 01/01/2020 | $1,606.73 | $0.00 | $37.42 | $160.67 | $0.00 | $1,804.82 |
| Total: | | $4,820.19 | $-321.36 | $37.42 | $160.67 | $0.00 | $4,696.92 |

La deuda con [@] no está vencida/ unexpired, [B] quiebra/ bankruptcy, [P] plan de pago/ payment plan, [D] deudas en disputa/ debt in dispute



| Fecha Emitida / Issued Date: | Fecha Expiración / Expiration Date: | Certificación Electrónica |
|---|---|---|
| 25-Jun-2020 | 25-Sep-2020 | |

Esta certificación tiene un valor de $2.50, es válida para gestiones de cobro.
No incluye deudas por mejoras que estuvieran sin tasar.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota aclaratoria: El cómputo de los intereses se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This certification will be valid for 3 months from the issue date.



WM202006114673
25/06/2020 11.41 AM

Validar certificado en http://crimpr.net/certificados

114673
Page 1 of 1

Estado Libre Asociado de Puerto Rico
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

# CERTIFICACIÓN DE VALOR
## Value Certificate

**Núm. de Certificación:** WM202006114640
**REGULAR**

### 1. Información de la propiedad / Property Information

**Número de Catastro / Parcel Number**

| 199-004 | 027 | 31 | 001 |
|---|---|---|---|
| Mapa | Manzana | Parcela | Edificio |

**Localización de la Propiedad / Property Location**

PARCELA 12 A COMM LA BARRA

CAGUAS

### 2. Esta propiedad está valorada de la siguiente manera / The valuation of this property is as follows:

| | | |
|---|---|---:|
| 1) | Terreno / Land | 360.00 |
| 2) | Estructura / Structure | 30,748.00 |
| 3) | Maquinaria / Machinery | 0.00 |
| 4) | Valor Total / Total Assessed | 31,108.00 |

3. Esta propiedad tiene una cabida de: **956.90 m2**
   This property has a capacity of:

4. A esta propiedad y/o su dueño se le concedió una exención contributiva de: **0.00**
   Efectiva desde:
   This property and/or its owner was granted a tax exemption for:
   Effective as of:

5. A esta propiedad y/o su dueño se le concedió una exoneración contributiva de: **0.00**
   Efectiva desde:
   This property and/or its owner was granted a tax exoneration for:
   Effective as of:

6. Nombre del Dueño / This property is under the name of:
   **VELEZ GARCIA DAVID ORLANDO**

**Fecha Emitida / Issued Date:** 25-Jun-2020
**Fecha Expiración / Expiration Date:** 25-Sep-2020

Certificación Electrónica

Nota aclaratoria: La información suministrada en esta certificación puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The information submitted in this certificate can be affected by any investigation or intevention to the account. This certification will be valid for 3 months from the issue date.



WM202006114640
25/06/2020 11.38 AM

Validar certificado en http://crimpr.net/certificados

114640
Page 1 of 1