IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>DAVID ORLANDO VELEZ GARCIA<br><br>xx-xx-4726<br><br>Debtor(s) | CASE NO. 19-00905-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON SEP/16/2020 |

ORDER

The motion filed by Debtor requesting authorization to sell real property free and clear of liens located at Lot 12-A, PR-1, KM 30, La Barra Community, Rio Canas Ward, Caguas Puerto Rico (Docket #43) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of September, 2020.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge