IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-00905-MCF13 |
|---|---|
| DAVID ORLANDO VELEZ GARCIA | Chapter 13 |
| xx-xx-4726 | |
| Debtor(s) | FILED & ENTERED ON APR/07/2021 |

ORDER

The debtor's second motion for extension of time to reply to the trustee's motion to dismiss at docket #53 (docket #60) is hereby granted. Order due by May 20, 2021.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of April, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge